[No. 45265-1-II.  Division Two.  January 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DOUG PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00347-3, Sally F. Olsen, J., entered August 16, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 45273-1-II.  Division Two.  January 27, 2015.]

*In the Matter of the Marriage of* JESSICA EMILY MATTSON, *Respondent*, and NICHOLAS DAVID STALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-3-00030-2, Brian M. Tollefson, J., entered August 9, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 45851-9-II.  Division Two.  January 27, 2015.]

*In the Matter of Personal Restraint of* JASON ROSS BURNS, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 46032-7-II.  Division Two.  January 27, 2015.]

CECIL DUDGEON, *Appellant*, v. STEVE BOYER, *as Kitsap County Sheriff*, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-2-02714-5, Kevin D. Hull, J., entered February 27, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Melnick and Sutton, JJ.